```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA

APPLIED UNDERWRITERS, INC., a    )
Nebraska corporation, and        )
APPLIED RISK SERVICES, INC.,     )
a Nebraska corporation,          )
                                 )
              Plaintiffs,        )          4:07CV3145
                                 )
       v.                        )
                                 )
EMPO CORPORATION, a Minnesota    )          ORDER
corporation,                     )
                                 )
              Defendant.         )
                                 )
```

Magistrate Judge Piester has recused himself from this case.

IT THEREFORE HEREBY IS ORDERED:

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

DATED this 16th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge