IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC. and APPLIED RISK SERVICES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> EMPCO Corporation, <br><br> Defendant. | 4:07CV3145 <br><br> SCHEDULING ORDER |

Upon the reassignment of this case to Magistrate Judge Gossett,

**IT IS ORDERED** that paragraphs 2 and 10 of the Initial Progression Order [17] are modified, as follows:

1.   On or before **October 31, 2007**, counsel shall contact Magistrate Judge Gossett by joint or separate letters regarding mediation requirements.

2.   A telephonic planning conference will be held on **Monday, November 5, 2007 at 11:00 a.m.** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial.  Plaintiff's counsel  shall initiate the call to the court at 402-661-7340.  At the request of the parties, the conference may be held in chambers.

    DATED August 17, 2007.

                                    BY THE COURT:

                                    s/ F.A. Gossett
                                    **United States Magistrate Judge**