IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, Inc., a Nebraska corporation, and APPLIED RISK SERVICES, Inc., a Nebraska corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>EMPO CORPORATION, a Minnesota corporation,<br><br>        Defendant. | 4:07CV3145<br><br>REASSIGNMENT ORDER |

Pursuant to the recusal of Magistrate Judge F.A. Gossett (Filing No. 21) in the above matter,

IT IS ORDERED that this case remains reassigned to Senior Judge Warren K. Urbom for both dispositive and pretrial matters, and a magistrate judge will not be assigned to the case.

DATED this 22nd day of August, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge