IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| APPLIED UNDERWRITERS, Inc., a Nebraska corporation, and APPLIED RISK SERVICES, Inc., a Nebraska corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:07CV3145 |
| v. | ) ) | |
| EMPO CORPORATION, a Minnesota corporation, | ) ) ) | ORDER STAYING DISCOVERY |
| Defendant. | ) ) | |

Because of delay in resolution of the defendant's pending motions dismiss or alternatively to transfer venue,

IT IS ORDERED that discovery shall be stayed until those motions have been ruled upon.

Dated September 24, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge